IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAMSON TUG AND BARGE CO., INC.,<br><br>                             Plaintiff,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, ALASKA DIVISION; and ILWU, UNIT 222,<br><br>                            Defendants. | Consolidated Case Nos.:<br>3:20-cv-00108-TMB<br>3:20-cv-00248-TMB<br><br>**ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER (DKT. 207)** |

This matter comes before the Court on the parties' Joint Motion to Modify Scheduling Order (the "Joint Motion").[1] Having considered the Joint Motion, and in light of the development of the case, the Court finds good cause to modify the Scheduling and Planning Order at Docket 137, Order regarding Scheduling and Planning at Docket 173, and Order regarding Scheduling and Planning at Docket 193 (the "Scheduling and Planning Orders"). Accordingly, the Court **ACCEPTS** the Joint Motion and modifies the Scheduling and Planning Orders pursuant to Federal Rule of Civil Procedure 16(b)(4) as set out below.

**IT IS THEREFORE ORDERED** that the Court's Scheduling and Planning Orders are modified to reflect the following deadlines:

---

[1] Dkt. 207 (Joint Motion); *see also* Dkt. 137 (Scheduling and Planning Order); Dkt. 173 (Modified Scheduling and Planning Order); Dkt. 193 (Second Modified Scheduling and Planning Order).

1

|  | **CURRENT** | **REVISED** |
|---|---|---|
| Fact Discovery Cut-Off | October 6, 2023 | **October 20, 2023** |
| Expert Disclosures | November 3, 2023 | **November 17, 2023** |
| Expert Rebuttal | December 1, 2023 | **December 15, 2023** |
| Expert Discovery Cut-Off | January 5, 2024 | **January 19, 2024** |
| Discovery Motions | January 5, 2024 | **January 19, 2024** |
| Motions to Exclude Expert Witness Testimony | February 2, 2024 | **February 16, 2024** |
| Dispositive Motions | February 2, 2024 | **February 16, 2024** |

The parties did not request and the Court does not make any further modifications to the Scheduling and Planning Orders.

DATED at Anchorage, Alaska this 25th day of September, 2023.

/s/ *Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE